IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-041-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL A. KENNEDY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Indictment And Arrest Warrant" (Document No. 5) filed February 23, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

In support of its motion, the Government contends that Defendant is aware of the Indictment and Arrest Warrant and there is no further need to keep the existence of these filings secret.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal Indictment And Arrest Warrant" (Document No. 5) is **GRANTED**.

Signed: February 24, 2021

David C. Keesler
United States Magistrate Judge