**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**UNITED STATES OF AMERICA,**

                             **DOCKET NO.  3:21CR41**

      **V.**                               **ORDER**

**MICHAEL A. KENNEDY**

---

    **THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion to take testimony by Telephone  (Doc. No. 38) from Cargill Representative, Mr. Mark T. Quayle.

    **IT IS ORDERED**, that the Defendant's Motion  (Doc. No. 38) is  **GRANTED.**

Signed: September 26, 2022

Frank D. Whitney
United States District Judge