# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                                 **DOCKET NO. 3:21cr41**

      **V.**                                                    **ORDER TO DISMISS**

**MICHAEL A. KENNEDY**

___

   **THIS MATTER IS BEFORE THE COURT** Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the above-captioned Bill of Indictment in the above-captioned case..

   **IT IS ORDERED**, that Motion (Doc. No.40 ) is **GRANTED.**

                                     Signed: September 29, 2022

                                     Frank D. Whitney
                                     United States District Judge